1146

PER CURIAM. Order modified on argument so as to strike out the award of $10 costs to abide the event, and in lieu thereof prescribe, as a condition of opening the default and setting aside the judgment in this action, that the plaintiff within five days pay the defendant $10 costs of the motion, and $10 costs and disbursements of this appeal, and stipulate to try the cause at the June circuit in Westchester county; and, if the plaintiff fails to comply with the conditions aforesaid within the time aforesaid, then the order appealed from is reversed absolutely, with $10 costs and disbursements, and motion to set aside the judgment denied. See 53 N. Y. Supp. 872.

In re NISBET et al. (Supreme Court, Appellate Division, Second Department. May 2, 1899.) In the matter of the application of William F. Nisbet and Martha A. Aborn for a writ of certiorari, etc. No opinion. Order resettled as applied for. See 57 N. Y. Supp. 551.

NUSSBAUM, Appellant, v. WEBER, Respondent. (City Court of New York, General Term. May 26, 1899.) Action by Frank Nussbaum against Adolph Weber. From a judgment on a verdict in plaintiff's favor, and from an order denying a new trial, plaintiff appeals. Affirmed. Thomas F. Crain, for appellant. Robert L. Redfield, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

O'BRIEN, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Michael O'Brien against the city of Syracuse. No opinion. Judgment and order reversed, and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the damages to $500, in which event the judgment and order are modified so as to award the said damages and the costs of the action, and as so modified affirmed, without costs of this appeal to either party. All concur, except McLENNAN, J., not voting. See 52 N. Y. Supp. 224.

O'DWYRE, Plaintiff, v. O'BRIEN, Defendant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Sarah O'Dwyre against Thomas J. O'Brien. No opinion. Plaintiff's exceptions overruled, and motion for a new trial denied, with costs, and judgment ordered for the defendant, with costs. See 47 N. Y. Supp. 1144.

OSTER et al., Respondents, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, Fourth ·Department. May 31, 1899.) Action by George Oster and another against Mary Johnson. No opinion. Order affirmed, with costs.

PEEKSKILL TRACTION CO., Petitioner, v. SECOR et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 2, 1899.) Action by the Peekskill Traction Company against John Secor and others. No opinion. Application dismissed, with $10 costs.

PEOPLE, Respondent, v. HOCKENBERRY, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Proceedings by the people against Lewis Hockenberry. No opinion. Judgment of conviction affirmed, and judgment to be entered and certified to the county court of Chautauqua county, pursuant to section 547 of the Code of Criminal Procedure.

PEOPLE, Respondent, v. REED, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Proceedings by the people against William Reed. No opinion. Judgment of conviction affirmed, and judgment to be entered. and certified to the county court of Genesee county, pursuant to section 547 of the Code of Criminal Procedure.

PEOPLE, Respondent, v. SCHNEIDER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 31, 1899.) Proceedings by the people against Frederick Schneider. No opinion. Judgment of conviction and order affirmed. Judgment to be entered and .certified to Erie county, pursuant to section 547 of the Code of Criminal Procedure. All concur, except FOLLETT, J., not voting.

PEOPLE ex rel. BAUCH v. MARTIN et al. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Proceedings by the people, on the relation of Louis Bauch, against James J. Martin and others. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. BRECKENRIDGE, Appellant, v. SCANNELL, Respondent. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Proceedings by the people, on the relation of Robert A. Breckenridge, against John J. Scannell, commissioner. M. G. Holstein, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 56 N. Y. Supp. 117.

PEOPLE ex rel. BURNS v. BOARD OF POLICE COM'RS. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Proceedings by the people, on the relation of James Burns, against the board of police commissioners. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. CONNOLY v. FRENCH et al. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Proceedings by the people, on the relation of Michael Connoly, against Stephen B. French and others. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. CORNELL STEAMBOAT CO., Respondent, v. DEDERICK, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1899.) Proceedings by the people, on the relation of the Cornell Steamboat Company, against Addison E. Dederick, assessor. No opinion. Order affirmed, with costs. See 55 N. Y. Supp. 40.

PEOPLE ex rel. CREEGAN, Appellant, v. YORK et al., Respondents (Supreme Court, Appellate Division, First Department. May 12,